UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Case Number 12-11947
Honorable David M. Lawson

CURRENCY $78,670.90 FROM CITIZENS BANK ACCOUNT #4534939841, CURRENCY $16,906.56 FROM BANK OF AMERICA ACCOUNT #375005556938, CURRENCY $10,885.40 FROM CREDIT UNION ONE ACCOUNT #000004237077S38, CURRENCY $22,830 FROM HUNTINGTON NATIONAL BANK SAFE DEPOSIT BOX #63, CURRENCY $5,961.55 FROM BANK OF AMERICA ACCOUNT #5403094591,

        Defendants.

_____/

## ORDER STAYING PROCEEDINGS

The plaintiff and the claimants have presented the Court with a stipulation to stay this civil forfeiture proceeding pursuant to 18 U.S.C. § 981(g)(1) or 18 U.S.C. § 981(g)(2) due to an ongoing related criminal investigation. The parties state that the continuation of the civil proceeding may negatively impact one or both parties and request that the stay continue during the pendency of the investigation and related criminal proceedings. The Court believes that a stay is justified and will order the case stayed for ninety days.

Accordingly, it is **ORDERED** that the above-captioned case is **STAYED** until **September 27, 2012** or until further order of the Court.

It is further **ORDERED** that the parties shall appear for a status conference on **October 15, 2012 at 2:00 p.m.**.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: June 29, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 29, 2012.

        s/Deborah R. Tofil
        DEBORAH R. TOFIL