UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Case Number 12-11947
                                               Honorable David M. Lawson

v.

CURRENCY $78,670.90 FROM CITIZENS
BANK ACCOUNT #4534939841, CURRENCY
$16,906.56 FROM BANK OF AMERICA
ACCOUNT #375005556938, CURRENCY
$10,885.40 FROM CREDIT UNION ONE
ACCOUNT #000004237077S38, CURRENCY
$22,830 FROM HUNTINGTON NATIONAL
BANK SAFE DEPOSIT BOX #63, CURRENCY
$5,961.55 FROM BANK OF AMERICA
ACCOUNT #5403094591,

        Defendants.
_____/

### ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

On October 15, 2012 the plaintiff filed a motion to substitute counsel and indicated that opposing counsel concurred in the relief requested. The Court believes the request is reasonable and will grant it.

Accordingly, it is **ORDERED** that the plaintiff's motion for substitution of counsel [dkt. #21] is **GRANTED**.

It is further **ORDERED** that Terrence J.L. Thompson is **WITHDRAWN** as counsel for the plaintiff.

It is further **ORDERED** that Julie A. Beck is **SUBSTITUTED** as counsel for the plaintiff.

                                                    s/David M. Lawson  
                                                    DAVID M. LAWSON  
                                                    United States District Judge

Dated: October 18, 2012

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 18, 2012.

                                s/Deborah R. Tofil  
                                DEBORAH R. TOFIL